*AO 440   (Rev.8/01) Summons in a Civil Action*
===========================================================
UNITED STATES DISTRICT COURT
FOR THE **NEW YORK-NORTHERN**

*SUMMONS IN A CIVIL ACTION*

United States of America
c/o **Gary Valerino   (Nyn7)**
**313 East Willow Street, Suite 201**
**Syracuse, NY   13203**

Case Number: 1:12-cv-1190(NAM/RFT)

v.

Nicole Melendez

TO: *(Name and Address of Defendant)*
    Nicole Melendez
    27th Mt View Ter 7
    Latham, New York 12110-2004

    SSN **XXXXXX-9831**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY *(Name and Address:*

       **Gary Valerino   (Nyn7)**
       **313 East Willow Street, Suite 201**
       **Syracuse, NY   13203**

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service, or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed.R. Civ. P. 12 (a)(2) or (3).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

United States District Court
for the **New York-Northern**
**US** Clerk Of Court
**P.O. Box 7367, 100 South Clinton**
       **Street**
**Syracuse, NY   13261-7367**

BY:  s/Wendy Lindskoog
     DEPUTY CLERK

DATE:   7/26/12

*(signed)* Clerk of Court

1